ALBERT SCHER, APPELLANT, v. HARTFORD FIRE INSUR-
ANCE CO., RESPONDENT.

Submitted May 28, 1943—Decided September 16, 1943.

For the appellant, *Levy & Krauss* and *Walter G. Winne.*

For the respondent, *Cox & Walburg.*

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Porter in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CASE, BODINE, DONGES,
HEHER, PERSKIE, COLIE, DEAR, WELLS, RAFFERTY, HAGUE,
THOMPSON, DILL, JJ.   13.

*For reversal*—None.